# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−3 | User: jshores | Date Created: 1/6/2010 |
| Case: 09−74259 | Form ID: b18 | Total: 32 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | John J. Kohen, II | 616 Blaine Street | Belvidere, IL 61008 | |
| jdb | Gayle S. Kohen | 616 Blaine Street | Belvidere, IL 61008 | |
| tr | Megan G Heeg | Ehrmann Gehlbach Badger &Lee | Pob 447− 215 E First St, Ste 100 | Dixon, IL 61021 |
| aty | Henry Repay | Law Offices of Henry Repay | 930 W. Locust Street | Belvidere, IL 61008−4226 |
| 14519560 | American General | 342 Chrysler Drive | Belvidere, IL 61008 | |
| 14519561 | Bank of America | PO Box 15026 | Wilmington, DE 19850−5026 | |
| 14519562 | Bank of America Home Loans | PO Box 5170 | Simi Valley, CA 93062−5170 | |
| 14519563 | Capital One | PO Box 30285 | Salt Lake City, UT 84130−0285 | |
| 14519564 | Chase | Cardmember Service | PO Box 15298 | Wilmington, DE 19850−5298 |
| 14519565 | Chase Bank USA, N.A. | 131 S. Dearborn St, Floor 5 | Chicago, IL 60603 | |
| 14519566 | Citi Cards | Box 6000 | The Lakes, NV 89163−6000 | |
| 14519567 | Disney Chase | Cardmember Service | PO Box 15298 | Wilmington, DE 19850−5298 |
| 14519569 | Fifth Third Bank | 1111 S. Alpine Road #1 | Rockford, IL 61108 | |
| 14519568 | Fifth Third Bank | 1111 S. Alpine Road, #1 | Rockford, IL 61108 | |
| 14519571 | Fifth Third Bank | 38 Fountain Square | Mail Drop 1COM65 | Cincinnati, OH 45263 |
| 14519570 | Fifth Third Bank | 5050 Kingsley Drive | Cincinnati, OH 45263 | |
| 14564874 | Fifth Third Bank | PO BOX 829009 | Dallas, TX 75382 | |
| 14519572 | GC Services Limited Partnership | 6330 Gulfton | Houston, TX 77081 | |
| 14519573 | Infinity Healthcare Physicians, S.C. | PO Box 1022 | Wixom, MI 48393−1022 | |
| 14519574 | KCA Financial Services, Inc. | 628 North Street | PO Box 53 | Geneva, IL 60134 |
| 14519575 | Mutual Management Services | 401 E. State Street, 2nd Floor | PO Box 4777 | Rockford, IL 61110 |
| 14519576 | NCO Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 | |
| 14519577 | Nelnet | 3015 S. Parker Rd, Ste. 400 | Aurora, CO 80014 | |
| 14519559 | Nelnet Education Planning &Financing | PO Box 82561 | Lincoln, NE 68501 | |
| 14519578 | Nicor Gas | PO Box 8350 | Aurora, IL 60507−8350 | |
| 14519579 | Northern Illinois Scanning | 1401 E State St | Rockford, IL 61104 | |
| 14519581 | Provena Saint Joseph Hospital | 75 Remittance Drive, Ste. 1174 | Chicago, IL 60675−1174 | |
| 14519582 | R &B Receivables Management | 860 S. Northpoint Blvd. | Waukegan, IL 60085 | |
| 14519580 | Revenue Cycle Partners | Patient Financial Services | 2870 Stoner Court, Ste. 300 | North Liberty, IA 52317 |
| 14519583 | Swedish American Hospital | PO Box 4448 | Rockford, IL 61110−0948 | |
| 14519584 | United Recovery Systems | PO Box 722929 | Houston, TX 77272−2929 | |
| 14519585 | Verizon | 500 Technology Drive | Weldon Springs, MO 63304 | |

TOTAL: 32